UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACOB RYAN FOUST,
    Plaintiff,

vs.                                              Case No.: 3:20cv5649/MCR/EMT

TOBY JAMES DOWN,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

On March 19, 2021, the court ordered Plaintiff to pay the filing fee or file a motion to proceed in forma pauperis (IFP) within thirty days (ECF No. 12). The court's order also directed Plaintiff to file an amended complaint within the same time (*see id.*). The court notified Plaintiff that his failure to comply with the order would result in a recommendation of dismissal of this case (*id.* at 12).

After Plaintiff failed to comply within the time allowed, the court entered an order on May 3, 2021, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 13). The court again notified Plaintiff that his failure to comply with the order would result in a recommendation of dismissal of the case (*id.*). The time for compliance with the show cause order has now elapsed, and Plaintiff has neither filed an amended complaint nor paid the filing fee or submitted an IFP motion.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 15th day of June 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**