UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACOB RYAN FOUST,

    Plaintiff,

v.     CASE NO. 3:20cv5649-MCR-EMT

TOBY JAMES DOWN,

    Defendant.
_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on June 15, 2021.  ECF No. 14.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 27th day of July 2021.

          *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case 3:20-cv-05649-MCR-EMT   Document 15   Filed 07/27/21   Page 3 of 3

Page 3 of 3

Case No. 3:20cv5649-MCR-EMT